346 A.2d 302

**COMMONWEALTH of Pennsylvania**

**v.**

**Reginald Marcus STAFFORD, Appellant.**

Supreme Court of Pennsylvania.

Oct. 30, 1975.

Dante Mattioni, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## ORDER

PER CURIAM:

Order affirmed.